# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SWETLIC CHIROPRACTIC & REHABILITATION CENTER, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> TRIGENICS HEALTH GROUP INC., THE TRIGENICS INSTITUTE OF NEUROMUSCULAR MEDICINE INC., THE INTERNATIONAL INSTITUTE OF TRIGENICS INC., and JOHN DOES 1-5, <br><br> Defendants. | Civil Action No. 2:17-cv-00100 <br><br> **CLASS ACTION** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(i), Plaintiff, SWETLIC CHIROPRACTIC & REHABILITATION CENTER, INC., hereby dismisses this action without prejudice.

Respectfully submitted,

SWETLIC CHIROPRACTIC & REHABILITATION CENTER, INC., individually and as the representative of a class of similarly-situated persons

By: /s/Robert E. DeRose
Robert E. DeRose (Ohio State Bar No. 0055214)
**BARKAN MEIZLISH HANDELMAN GOODIN DEROSE WENTZ, LLP**
250 E. Broad St., 10th Floor
Columbus, OH 43215
Telephone: 614-221-4221
Fax: 614-744-2300
bderose@barkanmeizlish.com

AND

Brian J. Wanca
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
bwanca@andersonwanca.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been filed via the CM/ECF system that will send to all attorneys/parties of record on June 15, 2017.

/s/  Robert E. DeRose